No. 49789.—Protest 77641–K of R. & J. Dick, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *United States Rubber Co.* (31 C. C. P. A. 174, C. A. D. 269) the merchandise was held entitled to free entry as claimed.

No. 49790.—Protests 96492–K, etc., of R. & J. Dick Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *United States Rubber Co.* (31 C. C. P. A. 174, C. A. D. 269) the merchandise was held entitled to free entry as claimed.

No. 49791.—Protests 18959–K, etc., of M. Adlers Son et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 10, 1944

No. 49792.—Protests 894267–G, etc., of Universal Milling Co. (Los Angeles).

Opinion by WALKER, J. From the uncontradicted evidence it appeared that as imported the seaweed had been reduced to the form of a meal. On the record presented and in view of *Centennial Flouring Mills Co.* v. *United States* (29 C. C. P. A. 264, C. A. D. 200) the claim for free entry under paragraph 1705 was sustained.